**THE SIEGEL LAW FIRM, P.C.**
COUNSELORS AT LAW
591 STEWART AVENUE- SUITE 550
GARDEN CITY, NEW YORK 11530
PHONE: (516) 558-7559
FAX:    (888) 315-8363

June 13, 2025

**VIA ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Latin Events LLC v. Junta Central Electoral De La Republica Dominicana
           Case No. 1:25-cv-02830-PKC

Dear Judge Castel:

    This office represents Plaintiff, Latin Events LLC, in the above-referenced matter. We write to request an adjournment of the initial conference scheduled for June 13, 2025 at 11:30 a.m. The reason for this adjournment request is that the Defendant has not filed an answer or otherwise appeared in this matter. To date, this office has not received any communications from Defendant or a representative or attorney of Defendant. Based upon the failure of the Defendant to answer, it is respectfully requested that Plaintiff be granted the opportunity to file for a default judgment against the Defendant, or any other appropriate relief deemed suitable by the Court.

    We thank the Court for its courtesies.

                                            Yours, etc.,

                                            /s *Michael Kupferberg*
                                            Michael Kupferberg, Esq.

Cc:    Junta Central Electoral De La Republica Dominicana
        1501 Broadway, Suite 410
        New York, NY 10036

File motion for a default judgment by June 27, 2025. Conference adjourned from June 13 to October 3, 2025 at 11:00 a.m.
SO ORDERED.
Dated: 6/13/2025

                                            P. Kevin Castel
                                            United States District Judge