**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LATIN EVENTS LLC,

                 Plaintiff,

                                25 **CIVIL** 2830 (PKC)

        -against-                        **DEFAULT JUDGMENT**

JUNTA CENTRAL ELECTORAL DE LA
REPUBLICA DOMINICANA,
                    Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the

Court's Order dated November 21, 2025, Plaintiff's motion for default judgment is GRANTED.

Judgment is hereby entered for plaintiff in the principal amount of $838,337.50, plus prejudgment

interest totaling $48,370.93. Defendant is liable for post-judgment interest under 28 U.S.C. §

1961(a); accordingly, the case is closed.

**DATED**: New York, New York
         November 26, 2025

                           **TAMMI M. HELLWIG**

                            **Clerk of Court**

               **BY:** _____
                        **Deputy Clerk**